UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


JONATHAN L. MOORE,
    Plaintiff,

v.                                C.A. No. 09-434 S

JAMES WEEDEN,
ET AL.,
    Defendants.


### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 3, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). An objection to the pending Report & Recommendation was received on February 23, 2010; objections were due by February 17, 2010. The Report & Recommendation is hereby accepted, and defendants Roberta Richman, Tom Murphy, John Louth, Robert McCutcheon, Joseph Dinitto, Tony Amaral, Will Jackson, Morgan Stein, Officer Sayles, A.T. Wall, Nancy Bailey, James Weedon, Michael Auger, and Lieutenant Doyle are hereby DISMISSED. Further, only the First Amendment claims remain against defendants Officer Estrella, Officer Gregoire, Officer Burdick, Officer Pierce, and Officer Johansen; only the Fourteenth Amendment claims remain against defendants Officer Estrella, Officer Burdick, and Officer Pierce;

and only the Eighth Amendment claims remain against defendants Officer Estrella, Officer Gregoire, Officer Burdick, and Officer Pierce. All other claims are hereby DISMISSED.

By Order,

/s/
Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 2/26/10