UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JONATHAN L. MOORE,
    Plaintiff,

v.                                             C.A. No. 09-434 S

JAMES WEEDON,
ET AL.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on May 19, 2010 (document # 34), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and Plaintiff's Motions for Preliminary Injunction (document #s 4, 8, 9, 11 & 20) are all hereby DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 6/18/10