UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JONATHAN L. MOORE,
    Plaintiff

v.                              C.A. 09-434 S

JAMES WEEDEN, ET AL.,
    Defendants

### ORDER

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on August 12, 2010 (document #42) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #46) is rejected and Plaintiff's four Motions to Amend the Complaint (document #s 23, 27, 36 & 39) are hereby DENIED.

ENTER:

_/s/ William E. Smith_
William E. Smith
United States District Judge

Date: 8/30/10