UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JONATHAN L. MOORE,
    Plaintiff

v.                                                                            C.A. No. 09-434 S

JAMES WEEDEN, et al.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 20, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motions for Summary Judgment (Document #s 14 and 28) are hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/13/10